Peter W. Saltzman, Cal. Bar No. 169698
Christine S. Hwang, Cal. Bar No. 184549
LEONARD CARDER LLP
1330 Broadway, Suite 1450
Oakland, California 94612
Tel: (510) 272-0169
Fax: (510) 272-0174
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NORTHERN CALIFORNIA IBEW 595-NECA TRUST FUNDS, et al., <br><br>　　　　　　Plaintiffs, <br>v. <br><br>MRM ELECTRICAL COMMUNICATIONS, INC., et al., <br><br>　　　　　　Defendants. | No. C 06-07596 CW <br>Action Filed: December 12, 2006 <br><br>STIPULATED VOLUNTARY <br><u>DISMISSAL WITHOUT PREJUDICE</u> |

It is hereby stipulated by and between Plaintiffs Northern California IBEW 595-NECA Trust Funds, which include IBEW Local 595 Health & Welfare Trust Fund; IBEW Local 595 Money Purchase Pension Trust Fund; IBEW 595 Pension Trust Fund; IBEW 595 Vacation Fund; IBEW Local 595 Apprentice and Training Fund; Electrical Contractors Trust; Contractors Administration Fund; and Labor Management Cooperation Fund (collectively referred to as, "Plaintiffs") and Defendant Alameda County, through their designated counsel of record, that Plaintiffs' claim against Defendant Alameda County in the above-entitled action be and hereby are dismissed without prejudice in their entirety pursuant to Federal Rule of Civil Procedure 41,

and that each party shall bear its own costs and attorneys' fees. The parties respectfully request that the Court enter an Order to that effect.

The respective attorneys, by their signatures below, represent and warrant that they have the consent of their respective clients, have discussed this Stipulation for Voluntary Dismissal Without Prejudice with them and have the authority to bind their respective clients.

DATED:   March 21, 2007                    **LEONARD CARDER, LLP**

                                           By: _____
                                           CHRISTINE S. HWANG
                                           Attorneys for Plaintiffs

DATED:   March 21, 2007                    **ALAMEDA COUNTY COUNSEL**

                                           By: _____
                                           RAYMOND L. MACKAY
                                           Deputy County Counsel
                                           Alameda County

**IT IS SO ORDERED.**

DATED:   March 28, 2007

                                           _____
                                           CLAUDIA WILKEN
                                           United States District Judge