Peter W. Saltzman, Cal. Bar No. 169698
Christine S. Hwang, Cal. Bar No. 184549
LEONARD CARDER LLP
1330 Broadway, Suite 1450
Oakland, California 94612
Tel: (510) 272-0169
Fax: (510) 272-0174
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| NORTHERN CALIFORNIA IBEW 595-NECA TRUST FUNDS; ELECTRICAL INDUSTRY SERVICE CORPORATION; VICTOR UNO in his capacity as Trustee of the IBEW 595 TRUST FUNDS and Officer of the EISC.; and DON CAMPBELL in his capacity as Trustee of the IBEW 595 TRUST FUNDS and Officer of the EISC.; | No. C 06-07596 CW<br><br>STIPULATION AND ORDER TO FILE FIRST AMENDED COMPLAINT |
| Plaintiffs, | Judge: Honorable Claudia Wilken |
| v. | |
| MRM ELECTRICAL COMMUNICATIONS, INC., a California corporation; MRM-VAN HOOK, a Joint Venture; PLATTE RIVER INSURANCE COMPANY, a Nebraska corporation; ISI CONTROLS LTD. d/b/a METROPLEX CONTROL SYSTEMS, a Partnership; INSURANCE COMPANY OF THE WEST, a California corporation; HENSEL PHELPS CONSTRUCTION COMPANY, a Delaware corporation; TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA, a Connecticut corporation; and FIDELITY & DEPOSIT COMPANY OF MARYLAND, INC., an Illinois corporation; and DOES 1 through 10, inclusive, | |
| Defendants. | |

1
STIPULATION AND [PROPOSED] ORDER TO FILE FIRST AMENDED COMPLAINT
C 06-07596 CW

WHEREAS, on January 30, 2006, counsel for Rosendin Electric, submitted information pertaining to Plaintiffs Northern California IBEW 595 Trust Funds' claims against Hensel Phelps and Travelers Casualty & Surety Company of America, specifically and solely with respect to Plaintiffs' allegations in connection with the "Rosendin Jobs", demonstrating prompt and full payment of fringe benefit contributions.

WHEREAS, on February 2, 2007, Alameda County Deputy Counsel faxed a copy of a recently issued Bond to Release Money Withheld on Claims State of California, dated January 24, 2007 and obtained by Hensel Phelps, principal, and issued by Fidelity & Deposit Company of Maryland, Inc., an Illinois corporation, as the surety, pursuant to Cal. Civ. Code Section 3196.

WHEREAS, following receipt of the above-referenced documents, Plaintiffs circulated proposed amended pleadings to address the recent developments; and

WHEREAS, the parties conferred regarding the proposed amended pleading and have agreed to stipulate to the filing of the amended pleading attached as Exhibit A hereto; and

WHEREAS, although the parties have stipulated to the filing of the amended pleading attached as Exhibit A, the parties reserve all rights to answer or respond as set forth in the Federal Rules of Civil Procedure, the Northern District of California's Local Rules, or by order of this Court.

NOW THEREFORE, IT IS AGREED AND STIPULATED that (1) the amended pleading attached hereto as Exhibit A shall be filed with the Court, (2) any answer or response to Exhibit A shall be due on April 13, 2007, and (3) if any motion is filed in response to Exhibit A that requires an opposition and hearing, such motion will be noticed in writing on the motion calendar of the assigned Judge for hearing not less than 42 days after service of the motion.

DATED:	March 21, 2007

The respective attorneys, by their signatures below, represent and warrant that they have the consent of their respective clients, have discussed this Stipulation and [Proposed] Order to File First Amended Complaint and have the authority to bind their respective clients.

|  |  |
|---|---|
| DATED:  March 22, 2007 | Respectfully submitted,<br>**LEONARD CARDER, LLP** |
|  | By:  _____/s/_____<br>CHRISTINE S. HWANG<br>Attorneys for Plaintiffs |
| DATED:  March 22, 2007 | **SWEENEY, MASON, WILSON & BOSOMWORTH** |
|  | By:  _____/s/_____<br>ROGER MASON<br>Attorneys for Defendants MRM, MRM Van Hook, Platte River Insurance Company |
| DATED:  March 22, 2007 | **DHILLON & SMITH** |
|  | By:  _____/s/_____<br>HAROLD P. SMITH<br>Attorneys for Defendants ISI Controls Ltd. dba Metroplex Controls Systems and Insurance Company of the West |
| DATED:  March 22, 2007 | **RICHARDSON & WILHELMY** |

3
STIPULATION AND [PROPOSED] ORDER TO FILE FIRST AMENDED COMPLAINT
C 06-07596 CW

            By:       /s/
                 ALAN J. WILHELMY
                 Attorneys for Defendants Hensel Phelps
                 Construction Corp. and Travelers Casualty &
                 Surety of America

     I, Christine S. Hwang, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

                 /s/
                 CHRISTINE S. HWANG
                 Attorney for Plaintiffs

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  March  28, 2007

                 *[signature: Claudia Wilken]*

                 HON. CLAUDIA WILKEN
                 United States District Judge