Peter W. Saltzman, Cal. Bar No. 169698
Christine S. Hwang, Cal. Bar No. 184549
LEONARD CARDER  LLP
1330 Broadway, Suite 1450
Oakland, California 94612
Tel: (510) 272-0169
Fax: (510) 272-0174
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| NORTHERN CALIFORNIA IBEW 595-NECA TRUST FUNDS; ELECTRICAL INDUSTRY SERVICE CORPORATION; VICTOR UNO in his capacity as Trustee of the IBEW 595 TRUST FUNDS and Officer of the EISC.; and DON CAMPBELL in his capacity as Trustee of the IBEW 595 TRUST FUNDS and Officer of the EISC.; <br><br> Plaintiffs, <br> v. <br><br> MRM ELECTRICAL COMMUNICATIONS, INC., a California corporation; MRM-VAN HOOK, a Joint Venture; PLATTE RIVER INSURANCE COMPANY, a Nebraska corporation; ISI CONTROLS LTD. d/b/a METROPLEX CONTROL SYSTEMS, a Partnership;  INSURANCE COMPANY OF THE WEST, a California corporation; HENSEL PHELPS CONSTRUCTION COMPANY, a Delaware corporation; TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA, a Connecticut corporation; and FIDELITY & DEPOSIT COMPANY OF MARYLAND, INC., an Illinois corporation; and DOES 1 through 10, inclusive, <br><br> Defendants. | No. C 06-07596 CW <br><br> STIPULATION AND ORDER TO EXTEND TIME FOR FILING FIRST AMENDED COMPLAINT <br><br> Judge: Honorable Claudia Wilken |

WHEREAS, on March 27, 2007, the parties reached an agreement to resolve all claims in this case; however, formal agreements and releases are still pending. The parties anticipate that the settlement will be finalized within the next two weeks with dismissals to be filed soon thereafter;

WHEREAS, on March 28, 2007, the Court granted the parties' previously filed Stipulation and Order allowing Plaintiffs to file a First Amended Complaint, and further ordered the filing of the First Amended Complaint within 3 days from March 28, 2007; and

WHEREAS, the parties conferred regarding extending the time for filing the First Amended Complaint in light of their recent agreement to resolve the claims in this case and have agreed to stipulate to extend the filing date of the amended pleading, if necessary, until three days following the Plaintiffs' notification to the Court that the claims in this matter have not been resolved.

NOW THEREFORE, IT IS AGREED AND STIPULATED that the time for filing Plaintiffs' First Amended Complaint shall be extended until three days following the Plaintiffs' notification to the Court that the claims in this matter have not been resolved.

DATED:        March 30, 2007

The respective attorneys, by their signatures below, represent and warrant that they have the consent of their respective clients, have discussed this Stipulation and [Proposed] Order to Extend Time for Filing First Amended Complaint and have the authority to bind their respective clients.

Respectfully submitted,

STIP. AND [PROPOSED] ORDER TO EXTEND TIME FOR FILING FIRST AMENDED CPLT
C 06-07596 CW

DATED:  March 30, 2007          **LEONARD CARDER, LLP**

            By:     _____/s/_____

                    CHRISTINE S. HWANG
                    Attorneys for Plaintiffs

DATED:  March 30, 2007          **SWEENEY, MASON, WILSON
                    & BOSOMWORTH**

            By:     _____/s/_____

                    ROGER MASON
                    Attorneys for Defendants MRM, MRM Van Hook,
                    Platte River Insurance Company

DATED:  March 30, 2007          **DHILLON & SMITH**

            By:     _____/s/_____

                    HAROLD P. SMITH
                    Attorneys for Defendants ISI Controls Ltd. dba
                    Metroplex Controls Systems and Insurance
                    Company of the West

DATED:  March 30, 2007          **RICHARDSON & WILHELMY**

            By:     _____/s/_____

                    ALAN J. WILHELMY
                    Attorneys for Defendants Hensel Phelps
                    Construction Corp. and Travelers Casualty &
                    Surety of America

      I, Christine S. Hwang, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

                   _____/s/_____

                    CHRISTINE S. HWANG
                    Attorney for Plaintiffs

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: ___4/9/07_____

                   HON. CLAUDIA WILKEN
                    United States District Judge

STIP. AND [PROPOSED] ORDER TO EXTEND TIME FOR FILING FIRST AMENDED CPLT
C 06-07596 CW