Peter W. Saltzman, Cal. Bar No. 169698
Christine S. Hwang, Cal. Bar No. 184549
LEONARD CARDER  LLP
1330 Broadway, Suite 1450
Oakland, California 94612
Tel: (510) 272-0169
Fax: (510) 272-0174
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NORTHERN CALIFORNIA IBEW 595-NECA TRUST FUNDS, et al., <br><br>          Plaintiffs, <br> v. <br><br> MRM ELECTRICAL COMMUNICATIONS, INC., et al., <br><br>          Defendants. | No. C 06-07596 CW <br> Action Filed: December 12, 2006 <br><br> STIPULATED VOLUNTARY <br> <u>DISMISSAL WITH PREJUDICE</u> |

It is hereby stipulated by and between Plaintiffs Northern California IBEW 595-NECA Trust Funds, which include IBEW Local 595 Health & Welfare Trust Fund; IBEW Local 595 Money Purchase Pension Trust Fund; IBEW 595 Pension Trust Fund; IBEW 595 Vacation Fund; IBEW Local 595 Apprentice and Training Fund; Electrical Contractors Trust; Contractors Administration Fund; and Labor Management Cooperation Fund (collectively referred to as, "Plaintiffs") and Defendants MRM, MRM Van Hook, Platte River Insurance Company, ISI Controls Ltd. dba Metroplex Control Systems, Insurance Company of the West, Hensel Phelps Construction Company, and Travelers Casualty & Surety Company of America (collectively

referred to as, "Defendants"), through their respective designated counsel of record, that all of Plaintiffs' claims against Defendants in the above-entitled action be and hereby are dismissed with prejudice in their entirety pursuant to Federal Rule of Civil Procedure 41, and that each party shall bear its own costs and attorneys' fees. The parties respectfully request that the Court enter an Order to that effect.

The respective attorneys, by their signatures below, represent and warrant that they have the consent of their respective clients, have discussed this Stipulated Voluntary Dismissal With Prejudice with them and have the authority to bind their respective clients.

DATED:   April __, 2007            **LEONARD CARDER, LLP**

                              By:   _____
                                    CHRISTINE S. HWANG
                                    Attorneys for Plaintiffs

DATED:   April __, 2007            **SWEENEY, MASON, WILSON & BOSOMWORTH**

                              By:   _____
                                    ROGER MASON
                                    Attorneys for Defendants MRM, MRM Van Hook, Platte River Insurance Company

DATED:   April __, 2007            **DHILLON & SMITH**

                              By:   _____
                                    HAROLD P. SMITH
                                    Attorneys for Defendants ISI Controls Ltd. dba Metroplex Controls Systems and Insurance Company of the West

DATED:     April __, 2007                    **RICHARDSON & WILHELMY**

                                     By:    _____
                                            ALAN J. WILHELMY
                                            Attorneys for Defendants Hensel Phelps
                                            Construction Corp. and Travelers Casualty
                                            & Surety of America

**IT IS SO ORDERED.**

DATED:     _____May 2_____, 2007

                                            _____
                                            CLAUDIA WILKEN
                                            United States District Judge